1  CHARLES MILLER (SBN: 276523)
   HEYGOOD, ORR & PEARSON
2  2331 W. Northwest Hwy., 2nd Floor
   Dallas, Texas 75220
3  Telephone: (214) 237-9001
   Facsimile: (214) 237-9002
4

5  ERIC D. PEARSON (Texas Bar No. 15690472)
   HEYGOOD, ORR & PEARSON
6  2331 W. Northwest Hwy., 2nd Floor
   Dallas, Texas 75220
7  Telephone: (214) 237-9001
   Facsimile: (214) 237-9002
8  (*Pro hac vice*)

9  Attorneys for Plaintiff Robert Shea Simpson

10 JACK B. MCCOWAN, JR. (SBN: 062056)
   jmccowan@gordonrees.com
11 ANDREW W. CARY (SBN: 206799)
   acary@gordonrees.com
12 REBECCA R. WARDELL (SBN: 272902)
   rwardell@gordonrees.com
13 GORDON & REES LLP
   275 Battery Street, Suite 2000
14 San Francisco, CA 94111
   Telephone: (415) 986-5900
15 Facsimile: (415) 986-8054

16 Attorneys for Defendant Robert Bosch Tool
   Corporation

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SHEA SIMPSON<br><br>                    Plaintiff,<br><br>    vs.<br><br>ROBERT BOSCH TOOL CORPORATION,<br><br>                    Defendant. | CASE NO. C12-5379 WHO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DAUBERT HEARING DATES AND EXTEND BRIEFING DEADLINES** |

The Court hearby adopts the Stipulation to Continue Daubert Hearing Dates and Extend Briefing Deadlines (Dkt 36).

IT THEREFORE ORDERED that the hearings for Defendant's Motion to Exclude the Testimony of Plaintiff Expert Witness Kelly Mehler (Dkt 34) and Defendant's Motion to Exclude the Testimony of Plaintiff Expert Witness Robert Holt (Dkt 35) (collectively, the "Motions") are reset to **April 24, 2014, at 2:00 p.m**

IT IS FURTHER ORDERED that Plaintiff's responses to the Motions shall be due on **April 3, 2014** (three weeks before the hearing) and Defendant's replies in support of the Motions shall be due on **April 10, 2014** (two weeks before the hearing).

Date: January 22, 2014



United States District Court Judge